# United States Court of Appeals
## For the First Circuit

No. 20-1434

GERALD ALSTON,

Plaintiff, Appellant,

v.

INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 950,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 19, 2021, is amended as follows:

On page 7, line 3, replace "2021" with "1999".